AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raequon Allen | ) | Case No. 15-cr-67-wmc-1 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Raequon Allen ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release Conditions, in violation of 18 U.S.C. § 3583(e)(3)

Date: 06/17/2024

s/ A. Dean
*Issuing officer's signature*

City and state: Madison, Wisconsin

A. Dean, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*